UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN *et alia*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SUFFOLK COUNTY,  )<br>  Defendant.  )<br>  ) | C.A. NO. 05-10188-MEL |

**NOTICE OF FIRST FILING OF FLSA CONSENTS TO SUE**

Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

1. Gary Bolles
2. Richard Brown
3. Richard Flynn
4. Sherman Horton
5. Francis Kain
6. Michael Powers
7. John Scaduto
8. Charles Scoby
9. Yolanda Smith
10. John Sullivan
11. Ronald Wong

1

2

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,

        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        (781) 849-8479
        BBO # 559269

Dated: February 15, 2005