UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | C.A. NO. 05-10188-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____ 2/12/05
(Signature)                                 (Date)

GARY L. BOLLES   2/12/05
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN,<br><br>　　　Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>　　　Defendant. | C.A. NO. 05-10188-MEL |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  2/4/05
(Signature)                (Date)

RICHARD BROWN
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD BROWN, <br><br> Plaintiff, <br><br> v. <br><br> SUFFOLK COUNTY, <br> Defendant. | C.A. NO. 05-10188-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  2/4/05
(Signature)                (Date)

RICHARD P. FLYNN
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN, )
 )
Plaintiff, )
 )
v. ) C.A. NO. 05-10188-MEL
 )
SUFFOLK COUNTY, )
Defendant. )

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Sherman Horton_
(Signature)                              (Date)

_Sherman Horton_
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.                                                                                      C.A. NO. 05-10188-MEL

SUFFOLK COUNTY,
    Defendant.

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  2-04-05
(Signature)                 (Date)

FRANCIS X. KAHN
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.                                      C.A. NO. 05-10188-MEL

SUFFOLK COUNTY,
    Defendant.

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Michael Powers_    2/8/05
(Signature)                (Date)

_Michael Powers_
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>  Defendant. | C.A. NO. 05-10188-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  2/10/05
(Signature)              (Date)

John F. Scaduto
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | C.A. NO. 05-10188-MEL |

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  
(Signature)            (Date)

Charles L. Scoby SR.  
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.                                                                C.A. NO. 05-10188-MEL

SUFFOLK COUNTY,
    Defendant.

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Yolanda L. Smith_   2/10/05
(Signature)                (Date)

_Yolanda L. Smith_
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIUSEPPE MAROTTA,<br><br>Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>Defendant | C.A. NO. 05-10032-MEL |

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 419, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____   2/6/05
(Signature)                       (Date)

John K. Sullivan
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

C.A. NO. 05-10188-MEL

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, Local 3643, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Ronald Wong_    2/4/05
(Signature)                (Date)

_Ronald Wong_
PRINT NAME HERE