UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN *et alia*,   )<br>                              )<br>    Plaintiffs,         )<br>                              )<br>v.                         )<br>                              )<br>SUFFOLK COUNTY,    )<br>    Defendant.       )<br>                              )<br>                              ) | C.A. NO. 05-10188-MEL |

**NOTICE OF AMENDMENT AS OF RIGHT**

Now comes the Plaintiff, and notices the amendment of his Complaint in this action as a matter of right pursuant to Fed. R. Civ. P. Rule 15(a). In support thereof, the Plaintiff states that no responsive pleading has been filed by the Defendant in response to his Complaint. In further support, the Plaintiff has amended his Complaint to include in addition to himself, 11 other individuals employed as Captains by the Defendant Suffolk County. Each such individual has today filed Notice of Consent forms with this court, consenting to opt in to this action pursuant to 29 U.S.C. § 216(b). The First Amended Complaint will hereinafter be filed.

1

                                            2

                            Respectfully submitted,

                            THE PLAINTIFF,

                            By his attorney,


                            _____
                            Daniel W. Rice
                            GLYNN, LANDRY,
                            HARRINGTON & RICE, LLP
                            10 Forbes Road
                            Braintree, MA 02184
                            (781) 849-8479
                            BBO # 559269

Dated: February 15, 2005

                                                                    2