UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN *et alia*,   )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>SUFFOLK COUNTY,   )<br>   Defendant.   )   | C.A. NO. 05-10188-MEL |

CERTIFICATE OF SERVICE

   I certify that I have served true copies of the enclosed documents on this day on the attorney for the other side by first class mail, postage prepaid.

/s/Daniel W. Rice          2/16/05
Daniel W. Rice             Date