UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN *et alia*,   )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>SUFFOLK COUNTY,   )<br>   Defendant.   )<br>   )<br>   ) | C.A. NO. 05-10188-MEL |

**MOTION TO AMEND COMPLAINT**
**TO ADD ADDITIONAL COUNT ALLEGING VIOLATION OF G.L. C. 149, § 148**

Now come the Plaintiffs in this action and pursuant to Fed. R. Civ. P. Rule 15(b), move to amend their Complaint to assert a claim alleging a violation of G.L. c. 149, § 148. In support thereof, the Plaintiffs state that by letter dated March 1, 2005, they received a right to bring a private right of action against the Defendant under G.L. c. 149. In further support, the Plaintiffs state that the proposed amendment conforms to the evidence in this action, and no responsive pleading has been filed by the Defendant in this action. A copy of the Plaintiffs Amended Complaint is attached hereto.

1

2

Respectfully submitted,

THE PLAINTIFFS,

By their attorney,

[/s/ Daniel W. Rice](#)
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479
BBO # 559269

Dated: March 4, 2005

2