

# The Commonwealth of Massachusetts
## Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108-1598

Thomas F. Reilly
Attorney General

March 1, 2005

(617) 727-2200
www.ago.state.ma.us

Richard Brown
c/o Daniel W. Rice
Glynn, Landry, Harrington & Rice, LLP
Ten Forbes Road
Braintree, MA  02184-2605

Re:  **Authorization for Immediate Private Suit - Suffolk County Sheriff's Department**

Dear Mr. Brown:

Thank you for contacting the Office of the Attorney General's Fair Labor and Business Practices Division.

This letter is to inform you that we have carefully reviewed your complaint and have determined that the proper resolution of this matter may be through a private suit in civil court. Accordingly, we are authorizing you to pursue this matter through a civil lawsuit immediately.

Massachusetts General Laws chapter 149, § 150, and chapter 151, §§ 1B and 20 establish a private right of action for employees who believe they are victims of certain violations of the state wage laws. If you elect to sue in civil court, you may bring an action on your own behalf and others similarly situated, and you may obtain injunctive relief, treble damages for any loss of wages and other benefits, as well as the costs of litigation and reasonable attorneys' fees.

Without making a judgment on the merits of your complaint, this correspondence represents this office's written assent to sue and grants you the authority to pursue this matter against your employers immediately, as permitted by Massachusetts General Laws chapters 149 and 151. This office will not take further enforcement action at this time.

Thank you for your attention to this matter.

Sincerely,

Bruce Trager
Assistant Attorney General
Fair Labor and Business Practices Division
(617) 727-2200, extension 2336

BT/pk

NewPRA.frm (11/22/02)