UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN )<br>    Plaintiff )<br>)<br>    v. )<br>)<br>SUFFOLK COUNTY, )<br>    Defendant )<br>) | Civil Action No. 05-10188-MEL |

## NOTICE OF APPEARANCE

    Please enter the appearance of James M. Davin as counsel for Defendant Suffolk County in this action.

        Respectfully submitted for
        Defendant Suffolk County
        By its attorney

        /s/ James M. Davin
        _____
        James M. Davin, BBO# 566973
        Deputy General Counsel
        Suffolk County Sheriff's Department
        200 Nashua Street
        Boston, MA 02114
        (617) 989-6679