UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| RICHARD BROWN *et alia*,    )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>v.                            )<br>                              )<br>SUFFOLK COUNTY,               )<br>    Defendant.                )<br>                              ) | C.A. NO. 05-10188-MEL |

**NOTICE OF SECOND FILING OF FLSA CONSENTS TO SUE**

Attached hereto are CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b) forms, noticing participation as party plaintiffs in the above-captioned collective action for the following individuals:

1. Michael Robinson
2. Michael Donovan
3. John J. O'Connor
4. Lorne F. Lynch, Jr.
5. James M. Coppi
6. William Noonan
7. Jose Burgos
8. Albert J. Mosone
9. Paul M. Fahey
10. Edward F. Kelley
11. Daniel Ryan
12. Richard C. Coleman
13. Salvatore Talluto
14. Scott P. Geezil
15. Robert Bracken

1

        Respectfully submitted,

        THE PLAINTIFFS

        By their attorney,

        /s/ Daniel W. Rice
        Daniel W. Rice
        GLYNN, LANDRY,
        HARRINGTON & RICE, LLP
        10 Forbes Road
        Braintree, MA 02184
        (781) 849-8479
        BBO # 559269

Dated: May 12, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

C.A. NO. 05-10188-MEL

**CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)**

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____     3-17-05
(Signature)                                              (Date)

_Michael Robinson_
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

　　　　Plaintiff,

v.

SUFFOLK COUNTY,

　　　　Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____
(Signature)                    (Date)

Michael Donovan
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,

    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3-17-05
(Signature)                      (Date)

John J O'Connor
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____    3-17-05
(Signature)                                 (Date)

LORNE F. LYNCH JR
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,

    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3/17/05
(Signature)                (Date)

James M Coppi
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,

    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_William Noonan_  3/17/05
(Signature)              (Date)

_William Noonan_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,

    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3/17/05
(Signature)                (Date)

JOSE A. BURGOS
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　Plaintiff,　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　 )　　C.A. NO. 05-10188-MEL
　　　　　　　　　　　　　　　　 )
SUFFOLK COUNTY,　　　　　　　　 )
　　　Defendant.　　　　　　　　 )

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3/17/05
(Signature)                    (Date)

_____
PRINT NAME HERE    ALBERT J. MOSCONE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

   Plaintiff,

v.                                          C.A. NO. 05-10188-MEL

SUFFOLK COUNTY,
   Defendant.

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  3/18/05
(Signature)                 (Date)

PAUL M FAHEY
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,

    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_Edward F Kelley_    3/22/05
(Signature)      (Date)

_Edward F Kelley_
PRINT NAME HERE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  4-1-05
(Signature)                (Date)

Daniel Ryan
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,
       Plaintiff,
v.                                                         C.A. NO. 05-10188-MEL
SUFFOLK COUNTY,
       Defendant.

### CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  4/1/05
(Signature)                       (Date)

Richard C. Coleman
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____     3/21/05
(Signature)                                     (Date)

Salvatore Tallato
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,

    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  4-18-05
(Signature)                      (Date)

Scott P. Geezil
PRINT NAME HERE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,

    Plaintiff,

v.

SUFFOLK COUNTY,
    Defendant.

C.A. NO. 05-10188-MEL

## CONSENT TO OPT IN AS PLAINTIFF PURSUANT TO 29 U.S.C. § 216(b)

I am a current or former employee of the Suffolk County Sheriff's Department, represented for collective bargaining purposes by AFSCME Council 93, AFL-CIO, and I hereby consent to sue Suffolk County for unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). I hereby designate Daniel W. Rice, of Glynn, Landry, Harrington & Rice, LLP, 10 Forbes Road, Braintree, MA 02184, to represent me in this action.

_____  4/22/5
(Signature)                      (Date)

ROBERT BRACKEN
PRINT NAME HERE