UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD BROWN *et alia*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SUFFOLK COUNTY,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　C.A. NO. 05-10188-MEL<br>)<br>)<br>)<br>)<br>) |

**MOTION TO AMEND COMPLAINT TO ADD PARTY PLAINTIFFS IN CONNECTION WITH SECOND FILING OF FLSA CONSENTS TO SUE**

Now come the Plaintiffs in this action and move to amend their First Amended Complaint by adding as party plaintiffs the below listed individuals. In support thereof, the Plaintiffs state that each such individual who has filed a Consent is or has been a correction officer employed by the Defendant Suffolk County, and a member of a labor organization, AFSCME Council 93, AFL-CIO (the "Union")." The Union and the Defendant Suffolk County are and have been parties to a collective bargaining agreement, which sets forth terms and conditions of employment that uniformly apply to the Plaintiffs currently in this action and those individuals who have filed their consent forms, including hourly rates of pay, and circumstances in which officers are entitled to receive overtime pay and the addition of certain premiums to their normal hourly rate of pay (hereinafter, "premium pay")." The individuals who have filed their Consents, therefore, are similarly situated employees within the meaning of 29 U.S.C. § 216(b), and

are therefore entitled to intervene in this case as party plaintiffs by filing their Consents.

A copy of the Plaintiffs Third Amended Complaint is attached hereto.

The individuals who have filed their consents today are:

1. Michael Robinson
2. Michael Donovan
3. John J. O Connor
4. Lorne F. Lynch, Jr.
5. James M. Coppi
6. William Noonan
7. Jose Burgos
8. Albert J. Moscone
9. Paul M. Fahey
10. Edward F. Kelley
11. Daniel Ryan
12. Richard C. Coleman
13. Salvatore Talluto
14. Scott P. Geezil
15. Robert Bracken

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

/s/ Daniel W. Rice
Daniel W. Rice
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479
BBO # 559269

Dated: May 12, 2005

2