UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BROWN,
    *Plaintiff*

v.

SUFFOLK COUNTY,
    *Defendant*

DOCKET NO.
**05-10188-MEL**

**NOTICE OF APPEARANCE**

    Please enter the appearance of Russell T. Homsy as counsel for the Defendant Suffolk County in this action.

Respectfully Submitted,
For the Defendants
By their Attorney

/s/ Russell T. Homsy
Russell T. Homsy
B.B.O. # 641327
Assistant General Counsel
Suffolk County Sheriff's Department
20 Bradston Street
Boston, MA  02118
(617) 961-6535

Date:   March 15, 2006