UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD BROWN *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | C.A. NO. 05-10188-MEL |

and

| | |
|---|---|
| GIUSEPPE MAROTTA *et al.*,<br><br>    Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant | C.A. NO. 05-10032-MEL |

**PARTIES WITHDRAWAL OF JURY DEMANDS AND STIPULATION TO A
NON-JURY TRIAL AS TO ALL ISSUES IN CONTROVERSY**

Now come the parties, and with respect to all counts and all issues in controversy in the above-referenced actions, and pursuant to Fed. R. Civ. P. Rule 38(d), withdraw their demands for a jury trial, and pursuant to Fed. R. Civ. P. Rule 39(a), stipulate to a non-jury trial with respect to all counts and all issues in controversy in the above-referenced actions.

1

Respectfully submitted,

THE PLAINTIFFS

By their attorney,

s/Daniel W. Rice
Daniel W. Rice. BBO # 55269
GLYNN, LANDRY,
HARRINGTON & RICE, LLP
10 Forbes Road
Braintree, MA 02184
(781) 849-8479

THE DEFENDANT

By its attorney,

s/Russell Homsy
Russell Homsy, BBO #
Suffolk County Sheriffs Department
Deputy General Counsel
200 Nashua Street
Boston, MA 02114
(617) 961-6679

Dated: December 12, 2007

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 12, 2007.

                                          /s/ Daniel W. Rice
                                          Daniel W. Rice