UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD BROWN *et alia*,<br><br>    Plaintiffs,<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant. | C.A. NO. 05-10188-MEL |

and

| | |
|---|---|
| GIUSEPPE MAROTTA *et al.*,<br><br>    Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>    Defendant | C.A. NO. 05-10032-MEL |

**CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1**

    I hereby certify that on December 17, 2007, I forwarded Russell Homsy, counsel for the Defendant, a proposed joint motion to bifurcate the trial in the above-referenced actions as to liability and damage in an effort to resolve this issue without filing an adversarial motion, and consulted with him again about this issue on December 18, 2007. The Defendant has not as of this date assented to the motion.

            s/Daniel W. Rice
            Daniel W. Rice

Dated: December 27, 2007

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 27, 2007.

            /s/ Daniel W. Rice
            Daniel W. Rice